## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>QUAD/GRAPHICS, INC.,<br><br>    Defendant. | Civil Action No. 2:16-cv-01361<br><br>**(JURY TRIAL DEMANDED)** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, CTP Innovations, LLC ("CTP" or "Plaintiff"), hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. CTP's parent company is Media Innovations, LLC and there is no publicly held corporation that owns 10% or more of its corporate stock.

Dated:  December 5, 2016         By:    /s/ Joseph G. Pia
                                        Joseph G. Pia
                                        State Bar No. 24093854
                                        joe.pia@pa-law.com
                                        Robert E. Aycock*
                                        raycock@pa-law.com
                                        Chrystal Mancuso-Smith*
                                        cmancuso@pa-law.com
                                        Pia Anderson Moss Hoyt
                                        136 E. South Temple, 19th Floor
                                        Salt Lake City, Utah  84111
                                        Phone: (801) 350-9000
                                        Fax: (801) 350-9010
                                        *Admitted in this District*

                                        S. Calvin Capshaw
                                        State Bar No. 03783900
                                        ccapshaw@capshawlaw.com

Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
Jeff Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, L.L.P.
114 East Commerce Avenue
Gladewater, Texas 75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

*Attorneys for Plaintiff*