# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CTP INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> QUAD/GRAPHICS, INC., <br><br> Defendant. | Civil Action No. 2:16-cv-01361-JRG-RSP |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION FO TIME TO SUBMIT LETTER BRIEFS**

On this day the Court considered Plaintiff's Unopposed Motion for Extension of Time to Submit Letter Briefs. After due consideration, the Court is of the opinion that the Motion is meritorious and should be granted. Accordingly, the Court extends the deadline for the submission of the certification to January 13, 2017.

**SIGNED this 4th day of January, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE